**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1649

_____

WILLIAM SCOTT DAVIS, II;  BABY J.F.D., c/o William S. Davis, II; ESTATE OF WILLIAM SCOTT DAVIS, SR., Deceased,

             Plaintiffs - Appellants,

        v.

ALBERT J. SINGER; WAKE COUNTY GOVERNMENT; DANIELLE DOYLE; SYDNEY J. BATCH; BATCH, POORE & WILLIAMS; MICHELE JAWORSKI SUAREZ; MELANIE A. SHEKITA; MICHELLE SAVAGE; ERIC CRAIG CHASSE; LISA SELLERS; CHARLOTTE MITCHELL; WENDY KIRWAN; SONJI CARLTON; NANCEY BERSON; SUSAN GARVEY, Doctor; ROBERT B. RADAR; MARGARET EAGLES; RICHARD CROUTHARMEL,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.   Rebecca Beach Smith, Chief District Judge.  (4:13-cv-00007-RBS-DEM)

_____

Submitted:  June 20, 2013              Decided:  June 25, 2013

_____

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

William Scott Davis, II, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis seeks to appeal the district court's order denying his motion for an order to file exhibits under seal, motions to appoint counsel, and motions for a preliminary injunction and temporary restraining order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Davis seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Davis' motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED